

FILED
16-0715
12/22/2017 2:35 PM
tex-21465817
SUPREME COURT OF TEXAS
BLAKE A. HAWTHORNE, CLERK

# IN THE SUPREME COURT OF TEXAS

## Oral Argument Submission Form

Cause No.  16-0715

Style: In the Interest of H.S., a minor child

v. _____

Notice of setting for oral submission by the Supreme Court of Texas, as numbered and styled above, is herewith acknowledged and of the submission date for oral argument on:

Date Of Oral Argument:  January 10, 2018

9:00a.m.

Oral argument on behalf of: ☑ Petitioner  ☐ Relator  ☐ Other

☐ Respondent  ☐ Real Party In Interest

Oral Argument Will Be Presented By:

Thomas M. Michel

(Please print your name above as you wish it to appear on the Court's Submission Schedule)

Firm Name   Griffith, Jay & Michel, LLP

Full Address   2200 Forest Park Blvd., Fort Worth, Texas 76110

Telephone No.  817/926-2500

Counsel For   Petitioners, C.M. and S.M.

PLEASE NOTE: All attorneys must file this submission form through the eFileTexas.gov electronic filing system.
Petitioner/Relator/Appellant is assessed an additional $75.00 fee for the oral submission of the petition. This fee is due and payable prior to the submission of this cause in oral argument before the Court.

CERTIFICATE OF SERVICE

I hereby certify that on ___Dec. 22, 2017___ the foregoing oral argument submission form was electronically
Date
served upon the following counsel of record in compliance with the Texas Rules of Appellate Procedure:

| Kirk Pittard | |
| --- | --- |
| Name | Name |
| Kelly, Durham & Pittard, LLP | |
| Address Line 1 | Address Line 1 |
| P.O. Box 224626 | |
| Address Line 2 | Address Line 2 |
| Dallas, Texas 75222-4626 | |
| Address Line 3 | Address Line 3 |

/s/

Thomas M. Michel